ORIGINAL

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Civil File No. 01-1992 DSD/SRN

MINNEAPOLIS PAINTING INDUSTRY HEALTH & WELFARE FUND, MINNEAPOLIS LOCAL 386 DRYWALL FINISHING INDUSTRY PENSION FUND, MINNEAPOLIS PAINTING INDUSTRY PENSION FUND, MINNEAPOLIS PAINTING INDUSTRY VACATION AND HOLIDAY FUND, MINNESOTA PUBLIC RELATIONS AND APPRENTICESHIP TRAINING FUND,

Plaintiffs,

vs.

**ORDER TO SHOW CAUSE**

DANA GLOEGE, d/b/a GLOEGE AND SONS PAINTING, and individually,

Defendant.

The above matter came before the Court upon Plaintiffs' Motion Seeking an Order to Show Cause to hold Defendant in civil contempt for failure to obey the Court's previous Order dated February 15, 2002, which ordered Defendant to produce for inspection and audit certain business records for the period August through December 2001. Pursuant to that Motion the Court now makes the following Order:

IT IS HEREBY ORDERED:

1. Defendant is hereby ordered to personally appear before this Court on May 3, 2002, at 9:00 a.m. at the United States Courthouse, Courtroom 14 West, 300 South Fourth Street, Minneapolis, Minnesota to show cause, if any, why a contempt of court order should not be entered adjudging the Defendant in civil contempt of this Court for continuing to refuse to produce the monthly firing fund reports for the period October 2001 through

FILED MAR 2_ _ _
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

March 2002 and that Defendant should show cause why it should not be committed to confinement until compliance with the Court's Order of February 15, 2002.

BY THE COURT:

Date: 3/29/02

The Honorable David S. Doty
United States District Court Judge