**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

MINNEAPOLIS PAINTING INDUSTRY HEALTH & WELFARE FUND, MINNEAPOLIS LOCAL 386 DRYWALL FINISHING INDUSTRY PENSION FUND, MINNEAPOLIS PAINTING INDUSTRY PENSION FUND, MINNEAPOLIS PAINTING INDUSTRY VACATION AND HOLIDAY FUND, MINNESOTA PUBLIC RELATIONS AND APPRENTICESHIP TRAINING FUND,

Plaintiffs,

vs.

DANA GLOEGE, d/b/a GLOEGE AND SONS PAINTING, and individually,

Defendants.

Civil File No. 01-CV-1992 DSD/SRN

**MOTION TO COMPEL ATTENDANCE AT DEPOSITION**

Plaintiffs move the Court for entry of an Order requiring Dana Gloege, d/b/a Gloege and Sons Painting, and individually, to attend and testify at his oral deposition on October 6, 2004 at 10:00 a.m. This motion is made on the grounds that Mr. Gloege failed to appear for his deposition on January 22, 2004 and February 2, 2004.

This motion is based upon Plaintiffs' Memorandum of Law in Support of Motion to Compel Attendance at Deposition and the Affidavit of Amy L. Court, with exhibits attached.

Date: August 9, 2004

McGRANN SHEA ANDERSON CARNIVAL
STRAUGHN & LAMB, CHARTERED

By s/ Amy L. Court
Pamela Hodges Nissen
Atty. Reg. No. 259810
Amy L. Court
Atty. Reg. No. 319004
800 Nicollet Mall, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 338-2525

*Attorneys for Plaintiffs*

173513.DOC