**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

MINNEAPOLIS PAINTING INDUSTRY HEALTH & WELFARE FUND, MINNEAPOLIS LOCAL 386 DRYWALL FINISHING INDUSTRY PENSION FUND, MINNEAPOLIS PAINTING INDUSTRY PENSION FUND, MINNEAPOLIS PAINTING INDUSTRY VACATION AND HOLIDAY FUND, MINNESOTA PUBLIC RELATIONS AND APPRENTICESHIP TRAINING FUND,

Plaintiffs,

vs.

DANA GLOEGE, d/b/a GLOEGE AND SONS PAINTING, and individually,

Defendants.

Civil File No. 01-CV-1992 DSD/SRN

**NOTICE OF MOTION**
**TO COMPEL ATTENDANCE**
**AT DEPOSITION**

---

TO: Dana Gloege, d/b/a Gloege and Sons Painting, 9770 Goodrich Avenue, P.O. Box 756, Monticello, Minnesota

**PLEASE TAKE NOTICE** that on **September 29, 2004** at **3:00 p.m.** before Magistrate Judge Susan Richard Nelson, at the United States Courthouse, 316 North Robert Street, Room 242/Courtroom C, St. Paul, Minnesota 55101 or as soon thereafter as counsel may be heard, Plaintiffs will move the Court for an Order requiring Dana Gloege, d/b/a Gloege and Sons Printing, and individually, to attend and testify at his oral Deposition.

Date: August 9, 2004

McGRANN SHEA ANDERSON CARNIVAL
STRAUGHN & LAMB, CHARTERED

By s/ Amy L. Court
Pamela Hodges Nissen
Atty. Reg. No. 259810
Amy L. Court
Atty. Reg. No. 319004
800 Nicollet Mall, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 338-2525

*Attorneys for Plaintiffs*

173522.DOC