**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

MINNEAPOLIS PAINTING INDUSTRY HEALTH & WELFARE FUND, MINNEAPOLIS LOCAL 386 DRYWALL FINISHING INDUSTRY PENSION FUND, MINNEAPOLIS PAINTING INDUSTRY PENSION FUND, MINNEAPOLIS PAINTING INDUSTRY VACATION AND HOLIDAY FUND, MINNESOTA PUBLIC RELATIONS AND APPRENTICESHIP TRAINING FUND,

Plaintiffs,

vs.

DANA GLOEGE, d/b/a GLOEGE AND SONS PAINTING, and individually,

Defendants.

Civil File No. 01-CV-1992 DSD/SRN

**AFFIDAVIT OF**
**AMY L. COURT**

STATE OF MINNESOTA)
) ss.
COUNTY OF HENNEPIN)

**Amy L. Court**, duly sworn upon oath, states as follows:

1. I am the attorney representing the Plaintiffs in the above-captioned matter.

2. On June 21, 2002, this Court entered an Order for Default Money Judgment, joint and several, against the Defendants in favor of Plaintiffs.

3. Upon information and belief, Dana Gloege is the owner and doing business as Gloege and Sons Painting.

4. Following the entry of Judgment on June 21, 2002, and pursuant to Federal Rules of Civil Procedure Rules 69 and 30, Plaintiffs attempted to take post-judgment discovery and depose Dana Gloege, the owner and doing business as Gloege

and Sons Painting, to ascertain the amount and location of any assets owned by the Defendants that could be used to satisfy Plaintiffs' outstanding Judgment.

5. Plaintiffs served Mr. Gloege by U.S. Mail on December 31, 2003 with a Notice of Deposition to be held on January, 22, 2004. A true and correct copy of the Notice of Deposition and Affidavit of Service is attached hereto as Exhibit A.

6. Mr. Gloege failed to appear at the deposition as scheduled, and failed to contact Plaintiffs to notify them of his absence or to reschedule.

7. Plaintiffs contacted Mr. Gloege and agreed to re-schedule his deposition for February 2, 2004.

8. Plaintiffs served Mr. Gloege by U.S. Mail on January 26, 2004 with an Amended Notice of Deposition to be held on February 2, 2004. A true and correct copy of the Amended Notice of Deposition and Affidavit of Service is attached hereto as Exhibit B.

9. Mr. Gloege again failed to appear at the deposition as scheduled, and failed to contact Plaintiffs to notify them of his absence or to reschedule.

10. As a result of Mr. Gloege's absence, Plaintiffs have been unable to obtain the information as to the location of any assets owned by the Defendant that could be used to satisfy Plaintiffs' outstanding Judgment.

11. Plaintiffs are seeking the attendance of Mr. Gloege at a deposition to secure the location and amount of Defendants' assets with which to satisfy Plaintiffs outstanding Judgment against Defendants. The information sought by Plaintiffs is most likely not attainable through written means, but rather, will only be made available through the verbal questioning format afforded by oral depositions. The information the

Plaintiffs intend to seek at the deposition is only that information necessary to assist with the identification, location, and value of assets, as well as information relating to the financial status of the Defendants.

12. To date, Mr. Gloege has not contacted me or Plaintiffs to reschedule the deposition.

13. This affidavit is made in support of Plaintiffs' Motion to Compel Attendance at Deposition.

FURTHER YOUR AFFIANT SAITH NOT.

s/ Amy L. Court
**Amy L. Court**

Subscribed and sworn to before me
this 9th day of August, 2004.

s/ Kristine M. Remjeske
Notary Public

173505.DOC