**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

MINNEAPOLIS PAINTING INDUSTRY HEALTH & WELFARE FUND, MINNEAPOLIS LOCAL 386 DRYWALL FINISHING INDUSTRY PENSION FUND, MINNEAPOLIS PAINTING INDUSTRY PENSION FUND, MINNEAPOLIS PAINTING INDUSTRY VACATION AND HOLIDAY FUND, MINNESOTA PUBLIC RELATIONS AND APPRENTICESHIP TRAINING FUND,

Plaintiffs,

vs.

DANA GLOEGE, d/b/a GLOEGE AND SONS PAINTING, and individually,

Defendants.

Civil File No. 01-CV-1992 DSD/SRN

**NOTICE OF DEPOSITION OF DANA GLOEGE**

TO: Defendants **Dana Gloege, d/b/a Gloege and Sons Painting**, located at 9770 Goodrich Avenue, P.O. Box 756, Monticello, Minnesota 55362.

**PLEASE TAKE NOTICE**, that pursuant to Fed.R.Civ.P. 69, Plaintiffs Minneapolis Painting Industry Health & Welfare Fund, Minneapolis Local 386 Drywall Finishing Industry Pension Fund, Minneapolis Painting Industry Pension Fund, Minneapolis Painting Industry Vacation and Holiday Fund, and Minnesota Public Relations and Apprenticeship Training Fund, will take the deposition of **Dana Gloege**, upon oral examination before a notary public, or some other officer authorized by the law to administer oaths, on **January 22, 2004**, commencing at **8:30 a.m.**, and continuing until such time as the same shall be

completed, at the offices of McGrann Shea Anderson Carnival Straughn and Lamb, Chartered, 800 Nicollet Mall, Suite 2600, Minneapolis, Minnesota 55402.

Date: December 30, 2003

MCGRANN SHEA ANDERSON CARNIVAL
STRAUGHN & LAMB, CHARTERED

By [signature]
Anne F. Spaeth
Attorney Reg. No. 028659
800 Nicollet Mall, Suite 2600
Minneapolis, Minnesota 55402-7035
Telephone: 612.338.2525

*Attorneys for Plaintiffs*

Court Reporter:

Laura Pelletier
Pelletier & Associates
4130 154th Lane Northwest
Anoka, MN 55304
Phone Number: (763) 421-2025
Fax Number: (763) 421-4871

150418

# AFFIDAVIT OF SERVICE

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

**Mary Beth Hill**, being first duly sworn upon oath, deposes and states that on the 31st day of December, 2003, she served a copy of the following:

Notice of Taking Deposition

upon:

Dana Gloege
Gloege and Sons Painting
9770 Goodrich Avenue
P.O. Box 756
Monticello, MN 55362

by depositing the same with postage prepaid with the United States mail at Minneapolis, Minnesota.

Mary Beth Hill

Subscribed and sworn to before me
this 31st day of December, 2003.

Angela J. Perlinger
Notary Public

ANGELA J. PERLINGER
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2000