# AFFIDAVIT OF SERVICE

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Terry Kreft, being first duly sworn upon oath, deposes and states that on the 9th day of August, 2004, she served a copy of the following:

1. Notice of Motion to Compel Attendance at Deposition;
2. Motion to Compel Attendance at Deposition;
3. Memorandum in Support of Motion to Compel Attendance at Deposition;
4. Affidavit of Amy L. Court;
5. Proposed Order Compelling Attendance at Deposition

upon:

Dana Gloege
Gloege and Sons Painting
9770 Goodrich Avenue
P.O. Box 756
Monticello, MN 55362

by depositing the same with postage prepaid with the United States mail at Minneapolis, Minnesota.

s/ Terry Kreft
Terry Kreft

Subscribed and sworn to before me
this 9th day of August, 2004.

s/ Angela J. Perlinger
Notary Public

173650