# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

Minneapolis Painting Industrey Health and Welfare Fund, et al.,
Plaintiff(s),
v.

Dana Gloege d/b/a Gloege And Sons Painting,
Defendant.

**COURT MINUTES**
BEFORE: Susan Richard Nelson
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | CV-01-1992 DSD/SRN |
| Date: | September 29, 2004 |
| Court Reporter: | |
| Tape Number: | 382 |
| Time Commenced: | 3:00 p.m. |
| Time Concluded: | 3:15 p.m. |
| Time in Court: | 15 Minutes |

APPEARANCES:

For Plaintiffs: Amy Court
For Defendant: Neither Defendant nor any representative or counsel of Defendant appeared.

Interpreter / Language: /

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.
**ORDER TO BE SUBMITTED BY:** ☐ **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

Pl's Motion to Compel Attendance at Deposition [Doc. 25].

Motions taken under advisement as of: 09-29-04

☒ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☐ R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/ Dan Herber
Signature of Dan Herber, Law Clerk