**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Minneapolis Painting Industry Health and Welfare Fund, et al.,

Plaintiffs,

v.

Dana Gloege d/b/a Gloege And Sons Painting,

Defendants.

Civil File No. 01-CV-1992 DSD/SRN

**ORDER COMPELLING ATTENDANCE AT DEPOSITION**

---

The above-entitled action came before the undersigned on September 29, 2004 upon Plaintiffs' Motion to Compel Attendance at Deposition. Amy Court, Esq. appeared on behalf of the Plaintiffs. Defendant made no appearance. Based upon all the pleadings, submissions of the parties, and arguments of counsel,

IT IS HEREBY ORDERED that

1. Plaintiffs' Motion to Compel Attendance at Deposition (Doc. No. 25) is **GRANTED**.

2. Dana Gloege, shall appear at the deposition as noticed for October 6, 2004 at 10:00 a.m. at the offices of McGrann Shea Anderson Carnival Straughn & Lamb, 800 Nicollet Mall, Suite 2600, Minneapolis, Minnesota 55402.

Dated: September 29, 2004

s/ Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge